Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: Not Applicable

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Christian S. Radabaugh, Sr.,<br><br>    Debtor-in-Possession.<br>_____<br>GP LLC,<br>    Plaintiff,<br>v.<br>Christian S. Radabaugh, Sr.,<br>    Defendant. | Case No. 18-34244-pcm11<br><br>STIPULATED JUDGMENT OF NONDISCHARGEABILITY<br><br><br>Adversary Case No. 19-03042 |

Christian S. Radabaugh, Sr., by and through his attorney, Nicholas Henderson, hereby stipulates to entry of a judgment as follows:

1. GP, LLC filed Proof of Claim No. 06 (the "GP Claim") in the above-captioned bankruptcy case of Christian S. Radabaugh Sr.

{00269201:1}  Page 1 of 2 - STIPULATED JUDGMENT OF NONDISCHARGEABILITY

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 FACSIMILE (503) 248-0130

Case 19-03042-pcm    Doc 3    Filed 05/09/19

2. Judgment is hereby entered in favor of GP, LLC against Christian S. Radabaugh, Sr., declaring the GP Claim non-dischargeable pursuant to 11 U.S.C. § 523(a)(2) and (6).

3. Christian S. Radabaugh, Sr. warrants, represents, and acknowledges that he has voluntarily entered into this Stipulated Judgment, has been represented by legal counsel in connection with this Stipulated Judgment, and has received advice with regard to the legal effect regarding this Stipulated Judgment and the advisability of executing this Stipulated Judgment.

###

IT IS SO STIPULATED:

SUSSMAN SHANK LLP

/s/ Howard M. Levine
_____
Howard M. Levine, OSB No. 800730
Attorneys for GP, LLC

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
_____
Nicholas J. Henderson, OSB No. 074027
Attorneys for Debtor

/s/ Christian S. Radabaugh, Sr.
_____
Christian S. Radabaugh, Sr.

PRESENTED BY:

SUSSMAN SHANK LLP

/s/ Howard M. Levine
_____
Howard M. Levine, OSB No. 800730
Attorneys for GP, LLC

*24987-001\STIPULATED NONDISCHARGABILITY JUDGMENT (03153091);1

{00269201:1} Page 2 of 2 – STIPULATED JUDGMENT OF NONDISCHARGEABILITY

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 19-03042-pcm    Doc 3    Filed 05/09/19

CERTIFICATION OF COMPLIANCE WITH LBR 9021-1(a)(2)(A).

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).