```
                          United States Bankruptcy Court
                              District of Oregon
GP LLC,
         Plaintiff                                    Adv. Proc. No. 19-03042-pcm
Radabaugh, Sr.,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: Admin.              Page 1 of 1         Date Rcvd: May 09, 2019
                              Form ID: pdf018           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
dft           Christian S. Radabaugh, Sr.,    15334 NE O'Neil Hwy,    Redmond, OR   97756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov May 10 2019 01:56:42      US Trustee, Portland,
               620 SW Main St #213,    Portland, OR 97205-3026
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: Not Applicable

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Christian S. Radabaugh, Sr.,<br><br>      Debtor-in-Possession.<br>_____<br>GP LLC,<br>      Plaintiff,<br>v.<br>Christian S. Radabaugh, Sr.,<br>      Defendant. | Case No. 18-34244-pcm11<br><br>STIPULATED JUDGMENT OF NONDISCHARGEABILITY<br><br><br><br>Adversary Case No. 19-03042 |

Christian S. Radabaugh, Sr., by and through his attorney, Nicholas Henderson, hereby stipulates to entry of a judgment as follows:

    1.    GP, LLC filed Proof of Claim No. 06 (the "GP Claim") in the above-captioned bankruptcy case of Christian S. Radabaugh Sr.

{00269201:1}    Page 1 of 2 - STIPULATED JUDGMENT OF NONDISCHARGEABILITY

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 19-03042-pcm    Doc 4    Filed 05/11/19

2. Judgment is hereby entered in favor of GP, LLC against Christian S. Radabaugh, Sr., declaring the GP Claim non-dischargeable pursuant to 11 U.S.C. § 523(a)(2) and (6).

3. Christian S. Radabaugh, Sr. warrants, represents, and acknowledges that he has voluntarily entered into this Stipulated Judgment, has been represented by legal counsel in connection with this Stipulated Judgment, and has received advice with regard to the legal effect regarding this Stipulated Judgment and the advisability of executing this Stipulated Judgment.

###

IT IS SO STIPULATED:

SUSSMAN SHANK LLP

/s/ Howard M. Levine
_____
Howard M. Levine, OSB No. 800730
Attorneys for GP, LLC

MOTSCHENBACHER & BLATTNER, LLP

/s/ Nicholas J. Henderson
_____
Nicholas J. Henderson, OSB No. 074027
Attorneys for Debtor

/s/ Christian S. Radabaugh, Sr.
_____
Christian S. Radabaugh, Sr.

PRESENTED BY:

SUSSMAN SHANK LLP

/s/ Howard M. Levine
_____
Howard M. Levine, OSB No. 800730
Attorneys for GP, LLC

*24987-001\STIPULATED NONDISCHARGABILITY JUDGMENT (03153091);1

{00269201:1} Page 2 of 2 - STIPULATED JUDGMENT OF NONDISCHARGEABILITY

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 19-03042-pcm    Doc 4    Filed 05/11/19

CERTIFICATION OF COMPLIANCE WITH LBR 9021-1(a)(2)(A).

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).